App. Div.]     First Department, June, 1908.

Patrick A. Fogerty v. William P. Fogerty. (No. 2.) — Motion denied, with ten dollars costs.

Henry Fogler v. Sigmund Kahn and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Bernard Keenan v. Samuel J. Bloomingdale, Impleaded, etc.— Motion denied on terms stated in order.

Morris Gelof v. Jacob Morgenroth and Others.— Motion granted.

Aaron Engel v. Herman Sontag — Motion denied, with ten dollars costs.

New York Evening Journal Publishing Company v. William F. Simpson Advertising Agency.— Application denied, with ten dollars costs.

Morris Goldzier v. Edward I. Goodrich.— Application denied, with ten dollars costs.

Jesse C. Bennett & Company v. Mary L. H. McGill.— Application denied, with ten dollars costs.

Cora Williams v. Isaac Goldberg.— Application denied, with ten dollars costs.

Silas Musliner v. Paul M. Warburg.— Application denied, with ten dollars costs.

Pauline Weinstein v. Kursheedt Manufacturing Company.— Application denied, with ten dollars costs.

J. W. Cushman & Company v. Paul Thompson.— Application denied, with ten dollars costs.

Jaruchim H. Simpson v. Harry Berkowitz.— Application denied, with ten dollars costs.

Samuel B. Patterson v. Samuel W. Heiss and Others.— Application denied, with ten dollars costs.

Samuel Wolchok v. Giovanna Clemento and Others.— Application denied, with ten dollars costs.

Wyckoff, Church & Partridge v. William H. Hall.— Application denied, with ten dollars costs.

Frank Slavik v. Supreme Lodge of All Bohemian Ladies, etc.— Application denied, with ten dollars costs.

Minnie R. Tannenbaum v. The City of New York.— Motion denied, with ten dollars costs.

In the Matter of James B. Hammond, etc.— Motion denied, with ten dollars costs.

Hoggson Brothers v. Drug and Chemical Club.— Motion denied, with ten dollars costs.

Emeline F. Tooker v. Siegel-Cooper Company, Impleaded, etc.— Motion granted.

James A. Grant and Others v. Cobre Grande Copper Company, Impleaded, etc.— Motion granted. Questions certified.

Marie Koenig, as Administratrix, v. August P. Wagener, as Surviving Administrator, etc.— Motion denied, with ten dollars costs.

Milton G. Bucky v. Ben Franklin Insurance Company.— Motion denied, with ten dollars costs.